1  JAMES P.C. SILVESTRI, ESQ.
   Nevada Bar No. 3603
2  RYAN W. BIGGAR, ESQ.
   Nevada Bar No. 4535
3  PYATT SILVESTRI
   701 E. Bridger Avenue, Suite 600
4  Las Vegas, Nevada 89101
   Tel:    (702) 383-6000
5  Fax:    (702) 477-0088
   E-mail: jsilvestri@pyattsilvestri.com
6  Attorney for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11  JORDAN DON LEBIE,                        )
                                             )
12              Plaintiff,                    )    CASE NO.:  2:15-cv-00075-KJD-GWF
          vs.                                )
13                                           )
                                             )
14  ENCOMPASS INSURANCE COMPANY OF           )
    AMERICA; ROE CORPORATIONS 1 through      )
15  10, inclusive; and DOES 11 through 20,   )
    inclusive,                               )
16                                           )
                                             )
17              Defendants.                   )
    _____ )

18

19       **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

20       IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

21  through their respective counsel of record, as follows:

22       WHEREAS, Plaintiff Jordan Don Lebie, ("Lebie"), allowed this action to be filed in his

23  name pursuant to a Settlement Agreement and Assignment with Wendy Macadangdang, as

24  Special Administrator of the Estate of Danny Macadangdang, deceased; and Wendy

25  Macadangdang, individually and as Guardian Ad Litem for Sierra Macadangdang, a minor,

26

27  (collectively "the Macadangdangs"), arising from a lawsuit filed in the Eighth Judicial District

28

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

1   Court for Clark County, Nevada, Case No. A509128, ("the Lawsuit");

2       WHEREAS, all claims and issues arising from the Lawsuit and/or the motor vehicle

3   accident which is the subject of the Lawsuit, have now been resolved by and between Lebie, the

4   Macadangdangs, and Defendant Encompass Insurance Company of America, ("Encompass");

5   and

6       WHEREAS, Lebie has explicitly waived his rights to any settlement monies arising from

7

8   the resolution of said claims and issues, and/or to pursue any further legal action against

9   Encompass on said claims and issues;

10  / / /

11  / / /

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

**Pyatt Silvestri**
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

THEREFORE, the above-referenced shall be dismissed in its entirety, with prejudice, each party to bear their own fees and costs.

No trial date has been set in this matter.

DATED this __10__ day of July, 2015.     DATED this __17th__ day of August, 2015.

CHAD A. BOWERS, ESQ.                         PYATT SILVESTRI

_____            _____
CHAD A. BOWERS, ESQ.                        JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 7283                          Nevada Bar No. 3603
3202 W. Charleston Blvd.                     RYAN W. BIGGAR, ESQ.
Las Vegas, Nevada 89102                      Nevada Bar No. 4535
Attorney for Plaintiff                       701 Bridger Ave., Suite 600
                                             Las Vegas, NV 89101
                                             Attorneys for Defendant

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed in its entirety with prejudice, each party to bear their own fees and costs.

DATED this __17th__ day of __August__, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

PYATT SILVESTRI

_____
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RYAN W. BIGGAR, ESQ.
Nevada Bar No. 4535
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Attorneys for Defendant